UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ALONZO JACOBS,

                     23 Civ. 3606 (LAP)

        Plaintiff,                   **[PROPOSED] ORDER AUTHORIZING THE DEPOSITION OF INCARCERATED PLAINTIFF**

     -Against-

SUSAN MUELLER, et al.,

        Defendants.
-------------------------------------------------------------x

        Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant Attorney General may take the deposition of plaintiff Alonzo Jacobs, DIN 09-A-3974, either in person or by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the plaintiff and the Superintendent of the correctional facility where he is then located.

        Plaintiff is advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing this action.

Dated: _____June 28_____, 2024

                                          SO ORDERED

                                          *Loretta A. Preska*
                                          _____
                                          Hon. Loretta A. Preska
                                          United States District Judge