UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALONZO JACOBS,

                Plaintiff,

-against-

MARY ASHONG,

                Defendant.

No. 23-CV-3606 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

It is hereby ORDERED that the Clerk of the Court shall mark this matter as closed and all pending motions denied as moot; provided, however, that if settlement is not consummated within 30 days of the date of this Order, either party may apply by letter within the 30-day period for reinstatement of the action.

**SO ORDERED.**

Dated:    March 3, 2026
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge